1100

No. 97–8359. ALADEKOBA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8360. DELGADO v. BARRERAS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–8365. EVANS v. DALTON, SECRETARY OF THE NAVY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–8378. RHODEN v. SUNDQUIST, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–8393. BREWER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8406. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8414. OWENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8418. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8419. PASTRANO v. UNITED STATES; and
No. 97–8532. MENDIOLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: No. 97–8419, 129 F. 3d 611; No. 97–8532, 129 F. 3d 611 and 612.

No. 97–8421. CASTRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–8422. BELHOMME v. WIDNALL, SECRETARY OF THE AIR FORCE. C. A. 10th Cir. Certiorari denied.

No. 97–8430. MCCORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8433. COOPER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8436. HARDWELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.